Haines Meyer, SBN 020890
*Meyer Law, P.C.*
1425 W. Elliot Rd., Suite 105
Gilbert, AZ 85233
Tel. (480) 518-0154
Fax (480) 284-5579
help@arizonabankruptcyhelp.com
Attorney for Debtor(s)

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHINA ELIZABETH ALLEN, <br><br> Debtor(s). | Case No.: 2:20-bk-04513 EPB <br><br> In Proceedings Under Chapter 13 <br><br> **OBJECTION TO CHAPTER 13 PROOF OF CLAIM #9-1 AND NOTICE OF BAR DATE** |

NOW COME the Debtor(s), CHINA ALLEN, by and through their counsel, MEYER LAW, P.C., and object to the claim filed by FAST AUTO LOANS, INC (CLAIM #9-1), on June 30, 2020.

The creditor, FAST AUTO LOANS, INC, filed a proof of claim on June 30, 2020 claiming to be a secured creditor. Though Fast Auto Loans, Inc had a title loan on a 2014 Ford Fiesta, their claim was never secured by the collateral. The collateral had a lienholder in first position at the time the title loan was taken out. In addition, this vehicle was voluntarily surrendered back to the primary lienholder in 2017. Please see the Motor Vehicle Record that shows the only vehicle in the Debtor's name is the 2010 Chevrolet Traverse attached hereto as "Exhibit A".

**Therefore, Debtor prays that the claim filed by Fast Auto Loan, Inc be treated as an unsecured nonpriority claim.**

1

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT RD.
SUITE 105
GILBERT, ARIZONA 85233

Case 2:20-bk-04513-EPB    Doc 30    Filed 11/09/20    Entered 11/09/20 11:27:11    Desc
Main Document      Page 1 of 3

NOTICE IS HEREBY GIVEN that an Order Granting this Objection to Chapter 13 Proof of Claim #9-1 will be lodged with the Clerk of Court on <u>December 3, 2020</u>, unless the claimant files a response to the objection with the Clerk of the Court, and properly serves a copy thereof to the Chapter 13 Trustee and Debtors' Counsel by mail at the addresses below.

Russell Brown                          Haines Meyer
3838 N Central Ave, Ste 800            Meyer Law, PC
Phoenix AZ 85012                       1425 W Elliot Rd, Ste 105
Chapter 13 Trustee                     Gilbert AZ 85233
                                       Counsel for Debtor(s)

If claimant should timely file and serve a response to the Objection to the Chapter 13 Proof of Claim #9-1, a hearing shall be set on the matter.

Respectfully submitted this 9th day of November, 2020.

**MEYER LAW, P.C.**

/s/ Haines Meyer 020890

_____
HAINES MEYER, ESQ.
1425 W. Elliot Road, Suite 105
Gilbert, AZ 85233
Attorney for Debtor(s)

**CERTIFICATE OF SERVICE**

**NOTICE IS HEREBY GIVEN**, that I, Haines Meyer, on November 9, 2020, caused to be mailed a copy of the Objection to Chapter 13 Proof of Claim and Notice of Bar Date to the following interested parties.

///

2

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233

Case 2:20-bk-04513-EPB    Doc 30    Filed 11/09/20    Entered 11/09/20 11:27:11    Desc
                    Main Document    Page 2 of 3

**MEYER LAW, P.C.**

/s/ Haines Meyer 020890

HAINES MEYER, ESQ.
1425 W. Elliot Road, Suite 105
Gilbert, AZ  85233
Attorney for Debtor(s)

Fast Auto Loans, Inc
c/o Bankruptcy/Legal Department
8601 Dunwoody Pl, Ste 406
Atlanta GA 30350

US Trustee
Office of the US Trustee
230 N First Ave, Ste 204
Phoenix AZ 85003

Russell Brown, Trustee
3838 N Central Ave, Ste 800
Phoenix AZ 85012

3

MEYER LAW, P.C.
ATTORNEYS AT LAW
1425 W. ELLIOT ROAD
SUITE 105
GILBERT, ARIZONA 85233