Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| CHINA ELIZABETH ALLEN, | Case No. 2-20-bk-04513-EPB |
| Debtors. | **TRUSTEE'S INITIAL RECOMMENDATION** |
| | Deadline: February 5, 2021 |

The Trustee has reviewed the Second Amended Chapter 13 Plan filed November 6, 2020. The Trustee notes the following problems, which must be resolved before the Trustee can file a comprehensive Recommendation:

(1) The Debtor is currently $10,335.00 in default with plan payments with an additional payment of $2,615.00 due on January 30, 2021.

(2) If Debtor brings the plan payments current and pays $12,950.00, the Trustee will file a supplemental Recommendation.

SUMMARY: Pursuant to Local Rule 2084-10(b), by **February 5, 2021**, Debtor is to cure the plan payment default of $12,950.00, or the Trustee could file a notice of intent to lodge a dismissal order.

1 | Copy mailed or emailed to:
2 |
3 | CHINA ELIZABETH ALLEN
   | 2433 EAST MICHIGAN AVENUE
   | PHOENIX, AZ 85032
4 |
5 |
6 | HAINES MEYER
   | MEYER LAW, P.C.
   | 1425 W. ELLIOT RD., #105
7 | GILBERT, AZ   85233-5129
   | help@arizonabankruptcyhelp.com
8 |
...
12 | _____
   | Dawn M. Smith - Case Analyst
13 | dsmith@ch13bk.com