Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996
Fax 602-253-8346
mail@ch13bk.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| CHINA ELIZABETH ALLEN, | Case No. 2-20-bk-04513 EPB |
| | **TRUSTEE'S NOTICE OF INTENT TO LODGE DISMISSAL ORDER** |
| Debtor. | |

Russell Brown, Chapter 13 Trustee, pursuant to L.R.B.P. 2084-10(b), provides notice of intent to lodge a dismissal order for failure of the Debtor to comply with the Recommendation or file an objection to the Recommendation and obtain a hearing date. The Trustee could lodge a dismissal order 13 calendar days after serving this Notice. A copy of the proposed Order Dismissing Case is attached.

Russell Brown, Trustee
Rachel Flinn, Esq., Attorney for Trustee

| | |
|---|---|
| 1 | |
| 2 | A copy of this Notice of Intent to Lodge Dismissal Order was served by mail or email to the Debtor and Debtor's attorney on the date signed to: |
| 3 | |
| 4 | |
| 5 | HAINES MEYER<br>MEYER LAW, P.C. |
| 6 | 1425 W. ELLIOT RD., #105<br>GILBERT, AZ 85233 |
| 7 | help@arizonabankruptcyhelp.com<br>Attorney for Debtor |
| 8 | |
| 9 | CHINA ELIZABETH ALLEN |
| 10 | 2433 EAST MICHIGAN AVENUE<br>PHOENIX, AZ 85032 |
| 11 | |
| ... | |
| 16 | _____<br>Dawn Smith |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>CHINA ELIZABETH ALLEN,<br><br><br>Debtor. | Chapter 13<br><br>Case No. 2-20-bk-04513 EPB<br><br>**ORDER DISMISSING CASE** |

The Trustee having notified the Court that the Debtor failed to comply with the Trustee's Recommendation as required by Local Rule 2084-10, the Court finds cause for dismissing the case pursuant to 11 U.S.C. § 1307(c)(1). The Trustee provides the following reason(s) for lodging a dismissal order:

**Failure to comply with Trustee's Recommendation and to cure plan payment default no later than February 5, 2021.**

**NOW, THEREFORE, IT IS ORDERED:**

(A) This case is dismissed and the Clerk of the Court will give notice of the dismissal to all parties in interest;

(B) A motion to reinstate the case may be granted without a hearing if the Trustee approves the proposed reinstatement order. If the Trustee does not approve of reinstatement of the case,

the matter may be set for hearing upon the Debtor's motion. The Court may set a hearing on any motion to reinstate on the request of an interested party who had joined the Trustee's request for dismissal;

(C) The Trustee is to pay from the funds on hand conduit mortgage payments and any adequate protection payments previously ordered by the Court or as provided in Local Rule 2084-6, then to any allowed administrative expenses as provided in paragraph (D). If there is an insufficient amount of funds on hand to pay conduit mortgage payments and adequate protection payments, then the Trustee shall pay such amounts pro rata;

(D) Except to the extent remaining funds on hand are from wages of the debtor(s), the Trustee will retain the remaining funds on hand pending Court approval of the payment of administrative expenses of the attorney for the Debtor or for any other party in interest. If the Chapter 13 Plan contains an application for payment of administrative expenses and no party in interest filed an objection to the application, then the counsel for the Debtor may lodge an order approving the application within 10 calendar days after the Court enters this Dismissal Order. Alternatively, counsel for the Debtor or other party in interest has 10 calendar days after the Court enters this Dismissal Order to file and notice out a separate fee application. If the attorney for the Debtor or other party in interest fails to timely lodge such Order or file a fee application, the Trustee may pay out the funds according to this Order; and

(E) After payment of conduit mortgage payments, adequate protection payments, and allowed administrative expenses from funds on hand, the Trustee will return any remaining funds to the Debtor.

**ORDER SIGNED AND DATED ON PAGE ONE**

A copy of the proposed Order was mailed or emailed to:

CHINA ELIZABETH ALLEN
2433 EAST MICHIGAN AVENUE
PHOENIX, AZ 85032

HAINES MEYER
MEYER LAW, P.C.
1425 W. ELLIOT RD., #105
GILBERT, AZ 85233-5129
help@arizonabankruptcyhelp.com
Attorney for Debtor

---

D Smith
dsmith@ch13bk.com

*In re Allen*
*Case No. 2-20-bk-04513 EPB*
*Order Dismissing Case*